AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JAVIER GOMEZ-FRANCO,<br><br><br><br>_____<br>*Defendant* | )  Case: 1:26-cr-00094<br>)  Assigned To : Boasberg, James E.<br>)  Assign. Date : 4/23/2026<br>)  Description: INDICTMENT (B)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAVIER GOMEZ-FRANCO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 846 - (Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 50 Grams or More of Methamphetamine (Actual), and a Mixture and Substance Containing a Detectable Amount of Gamma-Butyrolactone (GBL))

18 U.S.C. § 1956(h)
(Conspiracy to Launder Monetary Instruments)

Date:    04/23/2026

                                          *Issuing officer's signature*

City and state:    WASHINGTON, D.C.                Matthew J. Sharbaugh U.S. MAGISTRATE JUDGE
                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 24 April 2026 , and the person was arrested on *(date)* 11 May 2026<br>at *(city and state)* Washington, DC .<br><br>Date: 11 May 2026                                  _____<br>                                               *Arresting officer's signature*<br><br>                                               Daniel G. Dalton<br>                                             *Printed name and title* |